IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02491-LTB

MICHAEL J. ROSEDALE,

    Plaintiff,

v.

CAPITAL ONE BANK (USA) N.A.,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 4, 2016, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 4 day of January, 2016.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ A. García Gallegos
                    Deputy Clerk